JS-6

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

8
9
10
11   RONALD L. PHARES,                          Case No. 2:20-cv-10715-GW (GJS)
12                Petitioner
13        v.                                    **JUDGMENT**
14   PATRICIA L. BRADLEY,
15                Respondent.
16
17
18        Pursuant to the Court's Order Accepting Findings and Recommendations of
19   United States Magistrate Judge,
20
21        IT IS ADJUDGED THAT this action is dismissed without prejudice.
22
23   DATE: December 8, 2021
24                                              _____
25                                              GEORGE H. WU
                                                UNITED STATES DISTRICT JUDGE
26
27
28